IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WEI JIANG, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:22CV101 |
| ) | |
| DUKE UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiff's Consent Motion to Extend Time. The Court has considered Plaintiff's Consent Motion for Extension of Time and finds good cause to allow the requested extension by consent.

IT IS THEREFORE ORDERED that the Motion to Extend Time [Doc. #7] is GRANTED, and Plaintiff's time to serve a response to the Motion to Dismiss filed by Defendants is extended up to and including May 9, 2022.

This, the 20th day of April, 2022.

                                                /s/ Joi Elizabeth Peake
                                              United States Magistrate Judge