# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Year of Birth |
|---|---|---|
| Wei "Jan" Jiang | 919-452-4547 | 1953 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1108 Grogans Mill Dr., Cary, NC 27519 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Duke University, School of Medicine | 501+ | 919-684-2455 |

| Street Address | City, State and ZIP Code |
|---|---|
| Office of the Dean, DUMC 2927, Durham, NC 27710 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Duke University Health System | 501+ | 919-684-5600 |

| Street Address | City, State and ZIP Code |
|---|---|
| Human Resources, 705 Broad Street, Durham, NC 27705 | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 09.01.2017    Latest: 05.29.2020

☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I.  I am over the age of 40. I was employed by the above-named employer since 1989, or more than 30 years.

II. On May 29, 2020, the Dean of the School of Medicine Mary E. Klotman MD denied my appeal of the sanctions imposed by the Chair of the Department of Psychiatry and Behavioral Sciences Moira Rynn M.D., which effectively ended my research career.

III. Moira Rynn has been on a campaign to undermine my research career since her appointment as Chair in 2017. She instigated an audit of my research project the REMIT study because of my race, national origin, sex, and age, and in retaliation for my opposing her illegal treatment of me. She also terminated, in violation of institutional policy and procedures, an NIH 5-year grant awarded to me with a first year value of almost $800,000 because of my race, national origin, sex, and age, and in retaliation for my opposing her illegal treatment of me.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 11/20/2020  *Wei Jiang* (signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>FEPA<br>x  EEOC | Agency(ies) Charge No(s):<br><br>and EEOC |
|---|---|---|
| | *State or local Agency, if any* | |

IV. In addition, she has attempted multiple times to interfere with my international outreach trips to clinicians in China and has finally succeeded in terminating that outreach completely. She told me that she is not interested in global outreach.

V. The reasons she gave for her adverse actions against me were pretextual and without basis in fact. Nor were they based on a proper investigation. Dr. Rynn falsely claimed and influenced others to find that the REMIT study for which I was the principal investigator, and on my Cardiology co-investigators worked, was conducted improperly. She also falsely claimed and influenced others to find that the articles that were published by the investigation team contained significant and substantial errors. The investigations that were conducted under her supervision were flawed and the conclusions they reached were either exaggerated or based on a poor understanding of the science behind the study. The Duke IRB has never found any issues with the study methods or with the papers published about the study results.

VI. I believe that I have been discriminated against because of my age, over 40, in violation of the Age Discrimination in Employment Act, as amended, my sex, race, and national origin in violation of Title VII of the Civil Rights Act of 1964, as amended, and in retaliation for resisting the discrimination against me in violation of the ADEA and Title IV.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 11/20/2020            *[signature]*<br>Date                     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.