IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WEI JIANG, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22CV101 |
| | ) | |
| DUKE UNIVERSITY, DUKE UNIVERSITY HEALTH SYSTEMS, MOIRA RYNN, M.D., in her individual and official capacity, and MARY E. KLOTMAN, in her individual and official capacity, | ) ) ) ) ) ) ) | |
| Defendants. | | |

## JUDGMENT

For the reasons set forth in an Order filed contemporaneously with this Judgement,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss, (ECF No. 5), is **GRANTED**, and this action is **DISMISSED**.

This, the 22nd day of February 2023.

/s/ Loretta C. Biggs
United States District Judge